UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:23 CR 270 HEA |
| | ) | |
| JOSEPH R. GUTOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL PREVIOUSLY UNSEALED DOCUMENTS

COMES NOW the United States of America, by and through its Attorneys Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, Jillian Anderson, Assistant United States Attorney for said District, and files this to permanently seal the Sentencing Letters previously filed unsealed in this case.  (Doc. 29, 30, & 33)

The Government received a request from the attorney representing multiple victims involved in this case to seal all sentencing letters previously filed and moving forward as she is concerned with possible stalking of the victims because of this information being available to the public. Counsel for the victims notified the Government of a recent incident in which one of the victims was the subject of a group chat on the dark web in which the victims true name as well as an estimate of her age and geographical location were identified and discussed amongst multiple dark web users. Counsel for the victims also relayed to the Government that a group of inmates was found to be actively trying to identify one of the victims.

Wherefore, the Government respectfully requests that the above-mentioned documents be sealed indefinitely.


Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102